In re ESTATE OF John E. DUPONT, an Alleged Incapacitated Person,

Petition of Mark Anthony Dehaven.

Supreme Court of Pennsylvania.

Nov. 5, 2009.

## ORDER

PER CURIAM.

And now, this 5th day of November, 2009, the Petition for Allowance of Appeal is **GRANTED.** The issues, which we have reframed for clarity, are:

1. Whether the burden of persuasion is on the party offering, or the party opposing, a motion to modify an order placing documents under seal?

2. Whether the lower courts erred in denying Petitioner's motion to unseal the records of Respondent's incapacitation hearing?